IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| MARY ROGUS, ) | CHAPTER 13 CASE NO. 09-48791 |
| ) | OUR FILE NO. |
| Debtor, ) | |
| ) | |
| _____) | |
| ) | |
| MARY ROGUS, ) | ADV. PROC. NO. 10-00196 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| US BANK ) | |
| Defendants. ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

NOW COMES the Plaintiff, MARY ROGUS, by and through her attorney, Jay M. Reese, to present her findings of fact and conclusions of law, and state as follows:

1. The Plaintiff, Mary Rogus, is an individual residing at 3725 Wenonah Avenue, Berwyn, IL 60402.

2. US Bank is a lender and/or servicer of mortgages.

3. Mary Rogus filed for relief under Chapter 13 of the United States Bankruptcy Code on 12/25/09 in the Northern District of Illinois as Case Number 09-48791.

4. This Adversary Proceeding arises under 502 and 506 of the United States Bankruptcy Code.

5. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 151, 157, and 1334 and this is "core proceeding" under 28 U.S.C. 157.

6. Mary Rogus is the owner of real estate located at 3725 Wenonah Avenue,

Berwyn, IL 60402. ("the real estate").

7. The fair market value of the real estate is $85,000, pursuant to exhibit A to The original adversary complaint.

8. A first mortgage lien is currently held by Webster Bank in the amount of $139,456.74.

9. Under 11U.S.C 506(a) and 506(d), Defendant's junior mortgage would be allowed a secured claim to the extent of the value of the estate's interest in the property securing the claim; and, Defendant's lien is void to the extent it is not allowed a secured claim.

10. The amount owed on the first mortgage, $139,456.74, exceeds the value of the above real estate, $85,000.

11. Due to the junior mortgage lien, which is held by Defendant, being wholly unsecured, it should not be allowed as a secured claim, and the mortgage may be stripped off.

Holloway v. United States, No. 01-C-4052, WL 1249053 (N.D.Ill. Oct. 16, 2001);

In re Waters, 276 B.R.879 (N.D.Il 2002) In re Pond, 252 F.3d 122(2nd Cir. 2001);

In re McDonald, 205 F.32 606 (3rd Cir.2000); In re Bartee, 212 F.3d277 (5th Cir. 2000);

In re Lane, 280 F.3d 663 (6th Cir.2002); In re Zimmer, 313 F.3d 1220 (9th Cir. 2002);

In re Tanner, 217 F.3d 1357 (11th Cir. 2000).

ENTER: Judge

Dated: 7/29/10

JUL 29 2010